**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | CIVIL ACTION NO. 3:CV-12-1967 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| FRANCINE WILLIAMS, | |
| Defendant. | |

## ORDER

**NOW**, this 3rd day of October, 2012, **IT IS HEREBY ORDERED** that the Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge